**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 04 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

KENNETH A. FRIEDMAN,

Plaintiff - Appellant,

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT; et al.,

Defendants - Appellees.

No. 10-17812

D.C. No. 2:03-cv-01318-RLH-PAL

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Nevada
Roger L. Hunt, District Judge, Presiding

Submitted December 19, 2011[**]

Before:     GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

Kenneth A. Friedman, a Nevada state prisoner, appeals pro se from the

district court's order denying his motion for reconsideration of the denial of his

motion for partial summary judgment.  We dismiss.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

We lack jurisdiction over this appeal because the district court's order "[did] not dispose of all claims and [did] not end the litigation on the merits," and is thus not a final, appealable order. *Williamson v. UNUM Life Ins. Co. of Am.*, 160 F.3d 1247, 1250 (9th Cir. 1998); *see also* 28 U.S.C. § 1291 (appellate jurisdiction over "final decisions").

**DISMISSED.**